**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| NORMANDY UNITED METHODIST CHURCH,<br><br>Plaintiff,<br><br>vs.<br><br>CHURCH MUTUAL INSURANCE COMPANY,<br><br>Defendant. | : | Case No. 3:26-cv-384<br><br>District Judge Thomas M. Rose<br>Magistrate Judge Peter B. Silvain, Jr. |

## NOTICE OF DEFICIENCY AND ORDER

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2). Defendant Church Mutual Insurance Company has not filed a diversity disclosure statement as required by that Rule. Defendant is therefore **ORDERED** to file such a statement no later than **thirty days** from the date of this Order. A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.[1]

**IT IS SO ORDERED.**

October 21, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

[1] https://www.ohsd.uscourts.gov/ohio-southern-district-forms